# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CAROLYN PUMPHREY**                                             **PLAINTIFF**

**V.**                         **CASE NO. 3:19-CV-137-BD**

**SOCIAL SECURITY ADMINSTRATION**                       **DEFENDANT**

## JUDGMENT

Consistent with the Memorandum Opinion and Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner. The case is hereby remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 22nd day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE